UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

04 JAN 13 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| CEDRIC PRESSWOOD, | ] | |
| Plaintiff(s), | ] | |
| vs. | ] | CV02-CO-02660-S |
| BESSEMER PETROLEUM, INC., | ] | ENTERED |
| Defendant(s). | ] | JAN 13 2004 |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

This Court makes the following findings and conclusions:

1. Plaintiff CEDRIC PRESSWOOD properly filed his Complaint in this action on October 29, 2002;

2. Defendant BESSEMER PETROLEUM, INC. was properly served with the Summons and Complaint in this action on November 7, 2002;

3. Defendant BESSEMER PETROLEUM, INC. has failed to answer or otherwise plead to the Complaint within the period of time fixed by law;



4. Plaintiff filed a motion for entry of default against Defendant BESSEMER PETROLEUM, INC. on December 31, 2002;

5. The Clerk of this Court entered default against Defendant BESSEMER PETROLEUM, INC. on December 31, 2002;

6. Defendant BESSEMER PETROLEUM, INC. is not an incompetent, infant, or member of the United States Armed Services;

7. Plaintiff is due to recover from defendant the principal sum of $24,000.00 for back pay from February 28, 2002 to December 11, 2003, computed at a rate of $7.00 per hour/8 hours per day for 450 working days, less $1,200.00 earned during the period for a sum of $24,000;

8. Plaintiff is due to recover from defendant the sum of $1,775.34 for back pay interest computed at 450 working days divided by 365 days per year, multiplied by 6%, for an interest rate of 7.3972603%. This interest rate multiplied by $24,000 equals $1,775.34;

9. Plaintiff is due to recover from defendant the sum of $2,842.56 for front pay which has been discounted to present value. Front pay is computed at 54 working days (December 11, 2003 to February 28,

2004) multiplied by $7 per hour/8 hours per day for a total of $3,024.00 discounted by $181.44 ($3,024.00 discounted to present value @ 6% per annum), for a sum of $2,842.56; and

10. Attorneys' fees are awarded to plaintiff's counsel, the Duffee Firm, LLC, and against defendant in the amount of $5,200.

A separate judgment by default will be entered.

Done, this \_\_\_12\_\_\_ of January, 2004.

_____
L. Scott Coogler
United States District Judge